KENNETH USTON v. NEW JERSEY CASINO
CONTROL COMMISSION.

July 7, 1981.

Petition for certification granted. (See 179 *N.J.Super.* 223)

KENNETH USTON v. RESORTS INTERNATIONAL HOTEL, INC.

July 7, 1981.

Petition for certification granted. (See 179 *N.J.Super.* 223)

FRANCIS STAGLIANO v. HOUSING AUTHORITY OF THE
TOWNSHIP OF HADDON.

July 7, 1981.

Petition for certification denied.

AMERICAN SANITARY SALES CO., INC. v. STATE OF NEW
JERSEY, DEPARTMENT OF TREASURY, DIVISION
OF PURCHASE AND PROPERTY.

July 7, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 429)